JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| GUY FAIRON, an Individual,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BACKYARD EXPRESSIONS, a business of unknown form; WARNER CENTER, L.P., a California limited partnership; and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No.: 8:18-cv-01976-AG (DFMx)<br><br>**ORDER FOR JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE.** |

| | |
|---|---|
| 1 | WHEREAS, Defendants BACKYARD EXPRESSIONS, a business of |
| 2 | unknown form; WARNER CENTER L.P., a California limited partnership |
| 3 | (collectively, the "Defendants"), on one hand, and Plaintiff GUY FAIRON |
| 4 | ("Fairon"), on the other hand, stipulated, through their respective attorneys of |
| 5 | record, pursuant to Federal Rule of Civil Procedure Rule 41(a), that all claims and |
| 6 | demands asserted by Fairon in this action shall be dismissed with prejudice, each |
| 7 | party to bear their own costs and attorney fees; and |
| 8 | WHEREAS, it appears to the Court that the terms of the stipulation appear |
| 9 | proper, and upon good cause showing, |
| 10 | IT IS HEREBY ORDERED that all claims and demands asserted by Fairon |
| 11 | in this action shall be and hereby are dismissed. |
| 12 | IT ISH HEREBY ORDERED with prejudice, each party to bear their own |
| 13 | costs and attorney's fees. |

DATED: May 30, 2019              UNITED STATES DISTRICT COURT

                                 By: _____
                                     Hon. Andrew J. Guilford